[No. 23318-5-II.     Division Two.     March 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JAMES GRAVES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00593-8, James E. Warme, J., entered May 19, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 23585-4-II.     Division Two.     March 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY L. LEVINGSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00411-6, Karen B. Conoley, J., entered August 17, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Hunt, JJ.

[No. 23596-0-II.     Division Two.     March 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. COLIN H. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-8-01086-1, Richard D. Hicks, J., entered July 17, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23681-8-II.     Division Two.     March 24, 2000.]

JEFFREY CALL, *Respondent*, v. MILGARD MANUFACTURING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09237-7, Nile E. Aubrey, J., entered August 7, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton and Hunt, JJ.